**IT IS SO ORDERED.**

Dated:  December 7, 2015
       08:50:19 AM

_____
Kay Woods
United States Bankruptcy Judge

C15-01404                      CAJ/cmw

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-42046 |
| | ) | |
| Edward Nadeja | ) | CHAPTER 13 |
| | ) | |
|    Debtor | ) | JUDGE KAY WOODS |
| | ) | |
| | ) | ORDER GRANTING MOTION OF ALLY |
| | ) | FINANCIAL INC FKA GMAC INC FKA GMAC |
| | ) | LLC FKA GENERAL MOTORS ACCEPTANCE |
| | ) | CORPORATION AKA "GMAC", LEASE |
| | ) | ASSIGNEE ATTORNEY-IN-FACT AND |
| | ) | SERVICING AGENT FOR VALUE ASSET |
| | ) | UNIVERSAL LEASING TRUST AKA "VAULT |
| | ) | TRUST" OR "V.A.U.L.T. TRUST" OR |
| | ) | "V.A.U.L. TRUST" OR VAULT" OR |
| | ) | "V.A.U.L.T." FOR RELIEF FROM STAY |
| | ) | AND CO-DEBTOR STAY, AS TO ASHLEY E |
| | ) | MERRELL (DOCKET #30) |
| | ) | |
| | ) | PROPERTY: |
| | ) | ** 2013 Chevrolet Cruze |
| | ) |    VIN# 1G1PA5SH7D7291095 |

    This matter came before the Court on the Motion for Relief from Stay **and Co-Debtor Stay** (the "Motion") filed by Ally

Financial Inc fka GMAC INC fka GMAC LLC fka General Motors Acceptance Corporation AKA "GMAC", LEASE ASSIGNEE, ATTORNEY-IN-FACT AND SERVICING AGENT FOR VALUE ASSET UNIVERSAL LEASING TRUST AKA "VAULT TRUST", OR "V.A.U.L.T. TRUST", OR "V.A.U.L TRUST", OR "VAULT", OR "V.A.U.L.T." ("Movant") (Docket #30). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), Co-Debtor Ashley E Merrell, counsel for the Debtor(s), the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 **and the Co-Debtor stay imposed by and § 1301** of the Bankruptcy Code is terminated with respect to the Movant.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor. Movant is directed to file a report of sale promptly following liquidation of the property 2013 Chevrolet Cruze VIN# 1G1PA5SH7D7291095 (the "Collateral") if any excess proceeds are received. Should Movant seek to file any unsecured deficiency claim, Movant shall do so no later than

90 days after this Order is entered.  If the Collateral has not been liquidated, the deficiency claim is to be estimated.

IT IS SO ORDERED

###

Submitted by:

/s/ Cynthia A. Jeffrey
REIMER, ARNOVITZ, CHERNEK &
JEFFREY CO., L.P.A.
BY: Scott P. Ciupak #0076117
BY: Edward A. Bailey #0068073
BY: Cynthia A. Jeffrey #0062718
30455 Solon Road
Solon, Ohio 44139
Phone: 440-600-5500
Fax:   440-600-5522
Attorneys for Creditor
cjeffrey@reimerlaw.com

LIST OF PARTIES TO BE SERVED

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

1.  Chester W. Horlick, Esq. on behalf of Edward Nadeja, Debtor, at attych@metrolinks.com

2.  Cynthia A. Jeffrey Esq., Scott P. Ciupak, Esq., Edward A. Bailey, Esq., on behalf of Ally Financial Inc fka GMAC INC fka GMAC LLC fka General Motors Acceptance Corporation at sciupak@reimerlaw.com

3.  Michael A. Gallo on behalf of the Chapter 13 Trustee's office at mgallo@gallotrustee.com

4.  Office of the U.S. Trustee at (registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, to:

1.  Ashley E Merrell, Co-Debtor
    15 Roosevelt Rd
    Hubbard, OH 44425

2.  Edward Nadeja, Debtor
    15 Roosevelt Dr
    Hubbard, OH 44425